**GTS INDUSTRIES S.A.,**
**Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–**
**Appellant,**

and

**United States Steel Corporation and**
**Bethlehem Steel Corporation,**
**Defendants–Appellants.**

No. 03–1175, 03–1191.

United States Court of Appeals,
Federal Circuit.

March 1, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Rafael A. RUIZGARCIA,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5181.

United States Court of Appeals,
Federal Circuit.

March 4, 2004.

ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.